AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stapleton, Walter K. | U.S. Court of Appeals for the Third Circuit | 06/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Federal Building
844 King Street - Lockbox 33
Wilmington, DE 19801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 06/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Chester County Country Properties (real estate brokerage partnership) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stapleton, Walter K.** | 06/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Baxter Int'l Com. | A | Dividend | K | T | | | | | |
| 2. Conoco Phillips Com. | B | Dividend | K | T | | | | | |
| 3. J&J Com. | A | Dividend | K | T | | | | | |
| 4. Marathon Oil Corp. Com. | A | Dividend | K | T | | | | | |
| 5. Pepsico Com. | B | Dividend | K | T | | | | | |
| 6. Kimberly Clark Com. | B | Dividend | L | T | | | | | |
| 7. Southern Co. Com. | B | Dividend | K | T | | | | | |
| 8. Exxon Mobil | B | Dividend | K | T | | | | | |
| 9. 3M Corp. | B | Dividend | L | T | | | | | |
| 10. SEI Tax Exempt Trust Account | A | Dividend | L | T | | | | | |
| 11. Chubb Com. | A | Dividend | L | T | | | | | |
| 12. Emerson Elec. Com. | B | Dividend | K | T | | | | | |
| 13. Acorn II LP (*org. inv. Ponzi scheme; present value unknown) | | None | | | | | | | |
| 14. Clarco Inc. | A | Dividend | K | T | | | | | |
| 15. J.M.Schmucker Co. | B | Dividend | K | T | | | | | |
| 16. Vanguard FTSE All World ex. U.S. | A | Dividend | K | T | | | | | |
| 17. IShares MSCI Pac. ex. Japan | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AT&T | B | Dividend | K | T | | | | | |
| 19. Bar Hrbr Bankshares | B | Dividend | K | T | | | | | |
| 20. Nat'l GRI-ADR | B | Dividend | K | T | | | | | |
| 21. Teva Phar. Ind. | A | Dividend | K | T | | | | | |
| 22. Roche Hldg. Ltd. | A | Dividend | K | T | | | | | |
| 23. Microsoft Corp. | B | Dividend | L | T | | | | | |
| 24. Schlumberger Ltd. | A | Dividend | K | T | | | | | |
| 25. Sigma Aldrich Corp. | A | Dividend | | | Sold | 11/18/15 | L | E | |
| 26. Stericycle | | None | K | T | | | | | |
| 27. Microsoft Corp. | B | Dividend | L | T | | | | | |
| 28. Ishares Pac. ex. Japan | B | Dividend | K | T | | | | | |
| 29. Spectra Energy Corp. | B | Dividend | K | T | | | | | |
| 30. Wallingford-Swart PA | A | Interest | K | T | | | | | |
| 31. Warwick PA Sch. | B | Interest | M | T | | | | | |
| 32. IShares Dow Jones Select | A | Dividend | K | T | | | | | |
| 33. Duke Energy | B | Dividend | K | T | | | | | |
| 34. Royal Dutch ADR | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cincinnati Financial | B | Dividend | K | T | | | | | |
| 36. IPG Photonics | | None | J | T | | | | | |
| 37. BCE | B | Dividend | K | T | | | | | |
| 38. Erie Indemnity | B | Dividend | K | T | | | | | |
| 39. General Mills | B | Dividend | K | T | | | | | |
| 40. Royal Dutch ADR | B | Dividend | | | Sold | 12/29/15 | K | A | |
| 41. Schlumberger | A | Dividend | J | T | | | | | |
| 42. Cincinnati Financial | A | Dividend | J | T | | | | | |
| 43. Erie Indemnity | B | Dividend | J | T | | | | | |
| 44. Conoco Phillips | B | Dividend | K | T | | | | | |
| 45. Royal Dutch ADR | B | Dividend | J | T | | | | | |
| 46. Novartis AG ADR | A | Dividend | K | T | | | | | |
| 47. RBC Bearings | | None | J | T | | | | | |
| 48. IPG Photonics | | None | J | T | | | | | |
| 49. Alerian MLP EJF | A | Dividend | J | T | | | | | |
| 50. AT&T | B | Dividend | K | T | | | | | |
| 51. BCE | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. Buckeye Partners | D | Interest | | | Sold | 05/06/15 | K | F | |
| 54. Medtronic PLC SHS | B | Interest | | | Sold | 05/06/15 | K | B | |
| 55. Lower Allen TWP PA | B | Interest | | | Sold | 05/15/15 | L | A | |
| 56. Davis Co. Utah Sch. Dist. | B | Interest | L | T | Buy | 05/12/15 | L | | |
| 57. South Carolina St. | B | Interest | L | T | Buy | 05/12/15 | L | | |
| 58. Unionville PA Sch. Dist.2021 | B | Interest | | | Redeemed | 06/01/15 | L | A | |
| 59. Unionville Sch. Dist. 2024 | A | Interest | | | Redeemed | 06/01/15 | K | A | |
| 60. Neshaminy PA Sch. Dist. | A | Interest | | | Sold | 06/02/15 | J | A | |
| 61. Irvington NY Sch. Dist. | B | Interest | L | T | Buy | 06/09/15 | L | | |
| 62. Monroeville PA | A | Interest | | | Redeemed | 06/12/15 | K | A | |
| 63. Cedar Rapids Iowa Swr. | B | Interest | L | T | Buy | 06/02/15 | L | | |
| 64. West Fargo ND | C | Interest | L | T | Buy | 06/23/15 | L | | |
| 65. Utah St. Univ. | C | Interest | L | T | Buy | 07/08/15 | L | | |
| 66. Maryland St. Loc. | A | Interest | K | T | Buy | 07/31/15 | K | | |
| 67. Clint TX Sch. Dist. | A | Interest | K | T | Buy | 07/28/15 | K | | |
| 68. Pine Grove PA Sch. Dist | A | Interest | | | Redeemed | 08/17/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. North Pocono PA Sch. Dist. | C | Interest | | | Redeemed | 09/16/15 | M | A | |
| 70. VA State Res. | C | Interest | L | T | Buy | 09/23/15 | L | | |
| 71. Pierce Co. WA sewer | A | Interest | K | T | Buy | 10/14/15 | K | | |
| 72. Florida St. Tpk. Auth. | B | Interest | K | T | Buy | 10/09/15 | K | | |
| 73. West Chester PA Sch. Dist. | A | Interest | | | Redeemed | 11/16/15 | K | | |
| 74. Northwest Harris Co. TX | A | Interest | K | T | Buy | 12/07/15 | K | | |
| 75. | | | | | | | | | |
| 76. Warwick Co. PA Sch. Dist. | C | Interest | | | Sold | 02/17/15 | L | A | |
| 77. Nuveen Perf Pls Muni | B | Interest | | | Sold | 05/04/15 | K | A | |
| 78. Spectra Energy Corp. | A | Dividend | | | Sold | 06/05/15 | K | D | |
| 79. JM Smucker | B | Dividend | | | Sold | 06/09/15 | K | E | |
| 80. Schlumberger Ltd. | A | Dividend | | | Sold | 06/19/15 | K | B | |
| 81. Novartis | A | Dividend | | | Sold | 06/29/15 | K | D | |
| 82. Microsoft | A | Dividend | | | Sold | 07/07/15 | K | D | |
| 83. Barharbor Bankshares | A | Dividend | | | Sold | 07/28/15 | K | D | |
| 84. 3M Company | B | Dividend | | | Sold | 08/24/15 | L | E | |
| 85. Colgate Palmolive | B | Dividend | | | Sold | 08/24/15 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Johnson & Johnson | B | Dividend | | | Sold | 08/24/15 | K | E | |
| 87. Merck & Co. | B | Dividend | | | Sold | 08/24/15 | K | E | |
| 88. Merck & Co. | B | Dividend | | | Sold | 08/24/15 | K | E | |
| 89. Stericycle | A | Dividend | | | Sold | 10/23/15 | L | E | |
| 90. | | | | | | | | | |
| 91. Amex Tech Select SPDR | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 92. EGA Beyond Brics ETF | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 93. Guggenheim S&P Eq. Wt. Tech. ETF | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 94. IShares Core High Div. ETF | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 95. IShares Core S&P Small Cap. ETF | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 96. IShares S&P Global | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 97. IShares Transportation | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 98. IShares Trust SHS Ishare MSCI Emerging | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 99. ISHARES us Consmer Servs ETF | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 100. Ishares US Healthcare | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 101. Ishares U.S. Industrials ETF | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 102. Ishares US Med. Devices ETF | A | Dividend | J | T | Buy | 08/04/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Ishares US Aerospace ETF | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 104. Materials Sel. Sector SPDR Fund | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 105. Sector SPDR Consumers STPL | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 106. Sector SPDR Energy | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 107. Sector SPDR Financial | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 108. SPDR KBW Reg. Banking ETF | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 109. SPDR S&P 500 ETF | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 110. SPDR S&P Midcap 400 ETF | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 111. Vanguard Div. App. ETF | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 112. Vanguard FTSE Dev. Mkts. ETF | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 113. Vanguard Mega Cap 300 | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 114. Vanguard REIT ETF | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 115. Vanguard Total Stk Mkt ETF | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 116. Wisdomtree Eup. Hedged Equity Fund | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 117. Wisdomtree Trust Jap. Hdgd Eq. Fund | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 118. Alps Alerian MLP ETF | B | Dividend | | | Sold | 08/04/15 | K | A | |
| 119. Berkshire Hathaway DEL CL B VSP | | None | | | Sold | 08/04/15 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Ishares Sel. Div. ETF | B | Dividend | | | Sold | 08/04/15 | L | A | |
| 121. Ishares Sel. Div. ETF | B | Dividend | | | Sold | 08/04/15 | L | A | |
| 122. Alps Alerian MLP ETF | B | Dividend | K | T | Buy | 08/11/15 | K | | |
| 123. Amex Tech. Sel. SPDR | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 124. Berkshire Hathaway Del Cl B | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 125. EGA Beyond Brics ETF | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 126. Guggenheim S&P 500 Eq. Wt. Tech. ETF | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 127. IShares Core High Div. ETF | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 128. IShares Core S&P Sm. Cap. ETF | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 129. IShares S&P Global | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 130. IShares Transportation | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 131. IShares Trust SHS Ishare Emerging | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 132. IShares US Consumer Servs ETF | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 133. IShares US Healthcare | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 134. IShares US Industrials ETF | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 135. IShares US Med. Devices ETF | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 136. IShares US Aerospace ETF | A | Dividend | J | T | Buy | 08/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 12 of 26

**Name of Person Reporting**

Stapleton, Walter K.

**Date of Report**

06/10/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Materials Sel. Sector SPDR Fund | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 138. Sector SPDR Consmrs STPL | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 139. Sector SPDR Energy | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 140. Sector SPDR Financial | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 141. SPDR KBW Reg. Banking ETF | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 142. SPDR S&P 500 ETF Trust | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 143. SPDR S&P Mid Cap 400 ETF Trust | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 144. Vanguard Div. App. ETF | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 145. Vanguard FTSE Dev. Markets ETF | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 146. Vanguard Mega Cap 300 Growth | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 147. Vanguard REIT ETF | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 148. Vanguard Tot. Stk Mkt ETF | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 149. Wisdomtree Eur. Hdgd Equity Fund | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 150. Wisdomtree Trust Japan Hdgd. Eq. Fund | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 151. Alps Alerian MLP ETF | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 152. Amex Tech. Select SPDR | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 153. Berkshire Hathaway Del CL B | A | Dividend | J | T | Buy | 09/09/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  EGA Beyond Brics ETF | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 155.  Guggenheim S&P 500 Equal Wt. Tech. ETF | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 156.  IShares Core High Div. ETF | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 157.  IShares Core S&P Sm. Cap. ETF | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 158.  IShares S&P Global | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 159.  IShares Transportation | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 160.  IShares Trust SJS IShare MSCI Emerg. | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 161.  IShares US Consmr Services ETF | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 162.  IShares US Healthcare | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 163.  IShares US Industrials ETF | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 164.  IShares US Med. Devices ETF | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 165.  IShares US Aerospace ETF | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 166.  Materials Select Sector SPDR Fund | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 167.  Sector SPDR Consmrs STPL | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 168.  Sector SPDR Energy | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 169.  Sector SPDR Financial | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 170.  SPDR KBW Reg. Bank. ETF | A | Dividend | J | T | Buy | 09/09/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. SPDR S&P 500 ETF | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 172. SPDR S&P Mid. Cap. 400 ETF | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 173. Vanguard Div. App. ETF | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 174. Vanguard FTSE Dev. Mkts ETF | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 175. Vanguard Mega Cap. 300 Growth | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 176. Vanguard REIT ETF | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 177. Vanguaard Total Stk. Mkt. ETF | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 178. Wisdomtree Eur. Hdgd Equity Fund | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 179. Wisdomtree Trust Japan Hdgd Eq. Fund | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 180. IShares Nasdaq Biotech ETF | A | Dividend | | | Sold | 09/09/15 | L | A | |
| 181. Warwick PA School Bond | C | Interest | | | Redeemed | 02/17/15 | M | A | |
| 182. | | | | | | | | | |
| 183. Nuveen Perform. Plus. Muni. | B | Interest | K | T | | | | | |
| 184. Buckeye Partners | D | Interest | M | T | | | | | |
| 185. Johnson &Johnson Com. | A | Dividend | K | T | | | | | |
| 186. Merck & Co. Com. | B | Dividend | K | T | | | | | |
| 187. Real Estate Chester Co. PA (App.Date 6/30/11; $950,000) | | None | O | Q | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Star Bancorp. | A | Dividend | L | T | | | | | |
| 189.  PA-exempt Mun. Bd. | B | Interest | L | T | | | | | |
| 190.  Powershares Exch. | A | Interest | J | T | | | | | |
| 191.  Berkshire Hathaway, Inc. | | None | K | T | | | | | |
| 192.  IShares Nasdaq Biotech | A | Dividend | K | T | | | | | |
| 193.  Natixis ASG Global | C | Dividend | L | T | | | | | |
| 194. | | | | | | | | | |
| 195.  IRA | E | Int./Div. | O | T | | | | | |
| 196.  - IShares Select | | | | | Sold | 05/01/15 | L | E | |
| 197.  - IShares US Medical | | | | | Sold | 05/01/15 | K | D | |
| 198.  - StreetTracks Gold Trust | | | | | Sold | 05/01/15 | K | E | |
| 199.  - IShares S&P Mid. Cap. | | | | | | | | | |
| 200.  -IShares DJ US Util. | | | | | Sold | 05/01/15 | K | B | |
| 201.  - IShares US Healthcare | | | | | Sold | 05/01/15 | L | E | |
| 202.  - IShares Trust-Dow J Sel. Div. | | | | | | | | | |
| 203.  - IShares T NASDAQ | | | | | Sold | 08/22/15 | K | D | |
| 204.  - Plum Creek Timber Co. | | | | | Sold | 05/01/15 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - ML Bank USA RASP account | | | | | | | | | |
| 206. - Sector SPDR Consumers | | | | | Sold | 05/01/15 | J | D | |
| 207. - Retirement Res. CLI account | | | | | | | | | |
| 208. - Berkshire Hathaway Inc. | | | | | | | | | |
| 209. - IShares Tr. Dow US | | | | | | | | | |
| 210. - Powershares Global Water | | | | | Sold | 05/01/15 | J | A | |
| 211. - IShares DJ US Oil & Gas | | | | | Sold | 05/01/15 | J | A | |
| 212. - ALPS Alerian | | | | | Sold | 05/01/15 | J | A | |
| 213. - IShares MSCI Mexico | | | | | Sold | 05/01/15 | J | A | |
| 214. - Guggenheim S&P500 Eq. Wtd. ETF | | | | | Buy | 05/01/15 | K | | |
| 215. - Guggenheim S&P500 Eq. Wtd. ETF | | | | | Sold | 05/15/15 | K | A | |
| 216. - IShares Trans. Ave | | | | | | | | | |
| 217. - Vanguard MSCI Eur. ETF | | | | | Sold | 05/01/15 | J | | |
| 218. - AMEX Tech. SPD | | | | | | | | | |
| 219. - Gotham Abs. Ret. Fd | | | | | | | | | |
| 220. - IShares MSCI Emg. | | | | | | | | | |
| 221. - Vanguard Div. App. ETF | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Vanguard FTSE Dev. Mkts ETF | | | | | | | | | |
| 223. - IShares Core S&P Small Cap ETF | | | | | Sold | 05/01/15 | K | E | |
| 224. - SPDR KBW Reg. Bank ETF | | | | | Sold | 05/01/15 | J | A | |
| 225. - Materials Sel. Sector SPDR Fund | | | | | | | | | |
| 226. - Sector SPDR Energy | | | | | | | | | |
| 227. - Sector SPDR Financial | | | | | | | | | |
| 228. - IShares MSCI Mex. Capped | | | | | Sold | 05/01/15 | J | A | |
| 229. - Vanguard MSCI Eur. ETF | | | | | Sold | 05/06/15 | J | A | |
| 230. - Amex Tech Selct SPDR | | | | | Buy | 05/01/15 | K | | |
| 231. - Berkshire Hathaway Del Cl B | | | | | Buy | 05/01/15 | J | | |
| 232. - EGA Beyond Bricks ETF | | | | | Buy | 05/01/15 | J | | |
| 233. - Guggenheim S&P Equal Weight Tech. ETF | | | | | Buy | 05/01/15 | K | | |
| 234. - IShares Core High Div. ETF | | | | | Buy | 05/01/15 | K | | |
| 235. - IShares S&P Global | | | | | Buy | 05/01/15 | K | | |
| 236. - IShares U.S. Consumer Servs ETF | | | | | Buy | 05/01/15 | J | | |
| 237. - IShares U.S. Telecoms ETF | | | | | Buy | 05/01/15 | J | | |
| 238. - IShares U.S. Aerospace ETF | | | | | Buy | 05/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. - Sector SPDR Energy | | | | | Buy | 05/01/15 | J | | |
| 240. - SPDR S&P Midcap 400 ETF Trust | | | | | Buy | 05/01/15 | J | | |
| 241. - Vanguard Div. App. ETF | | | | | Buy | 05/01/15 | K | | |
| 242. - Vanguard FTSE Dev. Mkts ETF | | | | | Buy | 05/01/15 | K | | |
| 243. - Vanguard Mega Cap 300 Growth | | | | | Buy | 05/01/15 | K | | |
| 244. - Vanguard REIT ETF | | | | | Buy | 05/01/15 | K | | |
| 245. - Vanguard Total Stk. Mkt. ETF | | | | | Buy | 05/01/15 | K | | |
| 246. - Wisdomtree Europe Hedged Equity Fund | | | | | Buy | 05/01/15 | K | | |
| 247. - Wisdomtree Trust Jap. Hedged Equity Fd | | | | | Buy | 05/01/15 | K | | |
| 248. - SPDR S&P 500 ETF Trust | | | | | Buy | 10/09/15 | K | | |
| 249. - Alps Alerian MLP ETF | | | | | Sold | 05/01/15 | K | D | |
| 250. - IShares Core S&P Mid Cap ETF | | | | | Sold | 05/01/15 | K | E | |
| 251. - IShares MSCI Mex. Capped | | | | | Sold | 05/01/15 | J | A | |
| 252. - IShatrs Nasdaq Biotech ETF | | | | | Sold | 05/01/15 | L | F | |
| 253. - Ishares Select Div. ETF | | | | | Sold | 05/01/15 | L | E | |
| 254. - IShares US Healthcare | | | | | Sold | 05/01/15 | L | E | |
| 255. - IShares US Med Devices ETF | | | | | Sold | 05/01/15 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - IShares US Oil & Gas Exp. & Prod. | | | | | Sold | 05/01/15 | J | C | |
| 257. - IShares US Utilities | | | | | Sold | 05/01/15 | K | D | |
| 258. - Plum Creek Timber Co. | | | | | Sold | 05/01/15 | K | C | |
| 259. - Powershares Global Water Portfolio | | | | | Sold | 05/01/15 | K | B | |
| 260. - Sector SPDR Consmrs Stpl | | | | | Sold | 05/01/15 | K | E | |
| 261. - SPDR Gold Trust | | | | | Sold | 05/01/15 | K | E | |
| 262. - SPDR KBW Reg. Bank. ETF | | | | | Sold | 05/01/15 | J | A | |
| 263. - Vanguard MSCI Eur. ETF | | | | | Sold | 05/01/15 | J | A | |
| 264. - IShares Nasdaq Biotech ETF | | | | | Sold | 08/24/15 | L | F | |
| 265. - IShares US Healthcare | | | | | Sold | 08/24/15 | L | E | |
| 266. Ches. Co. Country Properties SEP - | E | Int./Div. | O | T | | | | | |
| 267. - Berkshire Hathaway, Inc | | | | | | | | | |
| 268. - Templeton Global Total | | | | | Sold | 02/22/15 | L | A | |
| 269. - US Treas. Inflation Note 1/15/15 | | | | | Redeemed | 01/15/15 | K | A | |
| 270. - ML Bank USA RASP account | | | | | | | | | |
| 271. - US Treas. Inflation Note 1/15/20 | | | | | | | | | |
| 272. - BAC Mitts Ind. 1/29/16 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  - US Treas. Inflation Note 7/15/20 | | | | | | | | | |
| 274.  - U.S. Treas. Inflation Note 1/15/18 | | | | | | | | | |
| 275.  - Natixis ASG Global | | | | | | | | | |
| 276.  - Vanguard Total St. Mk. | | | | | | | | | |
| 277.  - IShares Core High Div. ETF | | | | | | | | | |
| 278.  - Guggenheim S&P 500 Equal Wt. Tech. ETF | | | | | | | | | |
| 279.  - Vanguard Div. APP. ETF | | | | | | | | | |
| 280.  - Advisory Research MLP & Ener. Inc. Fd CLC | | | | | | | | | |
| 281.  - PMF TEI Fund lp | | | | | Sold | 02/11/15 | L | A | |
| 282.  - IShares S&P Global 100 | | | | | | | | | |
| 283.  - Vanguard MSCI European ETF | | | | | | | | | |
| 284.  - Mainstay Marketfield Fund CLC | | | | | Sold | 02/12/15 | L | A | |
| 285.  - Vanguard Total Stk Mkt ETF | | | | | | | | | |
| 286.  - Vanguard MSCI Eur. ETF | | | | | | | | | |
| 287.  - Vanguard Div. App. ETF | | | | | | | | | |
| 288.  - Vanguard FTSE Dev. Markets ETF | | | | | | | | | |
| 289.  - Vanguard Total Stk. Mkt. ETF | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | | | | | |
| 291.  - ALPS Alerian MLP ETF | | | | | Buy | 02/12/15 | K | | |
| 292.  - Vanguard Mega Cap 300 Growth | | | | | Buy | 02/12/15 | K | | |
| 293.  - Vanguard REIT ETF | | | | | Buy | 02/12/15 | K | | |
| 294.  - Wisdomtree Europe Hedged Equity Fund | | | | | Buy | 03/03/15 | K | | |
| 295.  - Wisdomtree Trust Japan Hedged Eq. Fd. | | | | | Buy | 03/03/15 | K | | |
| 296.  - IShares Core High Div. ETF | | | | | Buy | 03/26/15 | K | | |
| 297.  - Vanguard Mega Cap Growth | | | | | Buy | 03/26/15 | K | | |
| 298. | | | | | | | | | |
| 299.  T. Rowe Price Sci.&Tech.Fd. | C | Dividend | K | T | | | | | |
| 300.  Exxon Com. | A | Dividend | J | T | | | | | |
| 301.  Acorn II LP (org. inv. Ponzi scheme; present value unknown) | | None | | | | | | | |
| 302.  SEI Tax Exempt Trust account | A | Dividend | J | T | | | | | |
| 303.  Kimberly Clark Com. | B | Dividend | K | T | | | | | |
| 304.  Cincinnati Fin. Corp. Com. | B | Dividend | K | T | | | | | |
| 305.  SEI Investments Co. | A | Dividend | J | T | | | | | |
| 306.  Stericycle, Inc. | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Graco Inc. | A | Dividend | K | T | | | | | |
| 308. Pine Grove Sch. Bd. | A | Interest | K | T | | | | | |
| 309. AT&T Inc. | B | Dividend | K | T | | | | | |
| 310. Spectra Energy Corp. | A | Dividend | K | T | | | | | |
| 311. BP PLC Spons ADR | A | Dividend | J | T | | | | | |
| 312. IShares MSCI Pac. ex. Japan | A | Dividend | K | T | | | | | |
| 313. Bar Harbor Bankshares | A | Dividend | K | T | | | | | |
| 314. CMA PA Mun. account | B | Interest | M | T | | | | | |
| 315. Warwick PA Sch. Dist. Bd. | C | Interest | M | T | | | | | |
| 316. N. Pocono Sch. Dist. Bd. | C | Interest | M | T | | | | | |
| 317. Council Rock Sch. Dist. Bd. | B | Interest | L | T | | | | | |
| 318. PA St. First | B | Interest | L | T | | | | | |
| 319. Monroeville PA Bond | A | Interest | | | Redeemed | 06/12/15 | K | A | |
| 320. Unionville-Chadds Ford Bd | B | Interest | | | Redeemed | 06/01/15 | L | A | |
| 321. Bloomsberg Area Sch. Dist. | B | Interest | L | T | | | | | |
| 322. Towanda Area Sch. Dist. | A | Interest | K | T | | | | | |
| 323. Westmoreland PA Mun. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Ringgold PA Sch. Dist. | B | Interest | L | T | | | | | |
| 325. Lower Allen PA Bd | B | Interest | | | Redeemed | 05/15/15 | L | A | |
| 326. Unionville-Chadds Ford Bd | A | Interest | | | Redeemed | 06/01/15 | L | A | |
| 327. Covidien | | None | K | T | | | | | |
| 328. Nat'l GRI-ADR | | None | K | T | | | | | |
| 329. Wisdomtree Emer. Mkts | A | Dividend | K | T | | | | | |
| 330. Novartis AG | A | Dividend | K | T | | | | | |
| 331. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 332. Schlumberger Ltd. | A | Dividend | K | T | | | | | |
| 333. Sigma Aldrich | A | Dividend | K | T | | | | | |
| 334. Stericycle | | None | K | T | | | | | |
| 335. Kinder Morgan Energy | B | Dividend | K | T | | | | | |
| 336. CMA PA Municipal account | B | Interest | L | T | | | | | |
| 337. Del. Valley Sch. Dist. Bd. | A | Interest | K | T | | | | | |
| 338. Nashaminy Sch. Dist. | A | Interest | J | T | | | | | |
| 339. Pa. TPK CML OIL | B | Interest | L | T | | | | | |
| 340. Pa. St. Bond | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Spring-Ford Pa. Bd. | A | Interest | J | T | | | | | |
| 342. Pa. State Bd. | A | Interest | L | T | | | | | |
| 343. Vanguard Emer. Mkts ETF | A | Dividend | K | T | | | | | |
| 344. Vanguard FTSE All-World Ex. US | A | Dividend | K | T | | | | | |
| 345. SPDR SP Bric 40 | A | Dividend | J | T | | | | | |
| 346. Vanguard All World Ex. US | A | Dividend | K | T | | | | | |
| 347. Vanguard Emer. Mkts ETF | A | Dividend | K | T | | | | | |
| 348. Alps Alerian MLP ETF | A | Dividend | K | T | | | | | |
| 349. Mechanicsburg Pa Bd. | A | Interest | K | T | | | | | |
| 350. Chester Co. Pa Bd. | A | Interest | K | T | | | | | |
| 351. Real Estate Chester Co. Pa (4/27/10) ($265,000) | D | Rent | N | R | | | | | |
| 352. Real Estate Eaglesmere PA (9/4/12) ($330,000) | | None | N | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The IShares Barclays Treas. identified on line 92 of this report were erroneously omitted from my 2012 and 2013 reports. They were purchased on 12/05/12 for a J value.

The IShares Barclays 1-3 Credit identified on line 94 of this report were erroneously omitted from my 2012 and 2013 reports. They were purchased on 12/05/12 for a K value.

The Aberdeen Equity Long-Short securities identified on line 142 of this report were erroneously omitted from my 2009 - 2013 reports. They were purchased on 11/09/09 for an L value.

The CD Western Bank identified on line 167 of this report was erroneously reported as owned on my 2010 - 2013 reports. This security was redeemed on 06/22/09 for an L value and an A gain.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Walter K. Stapleton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544